```
MINUTE ENTRY
CHASEZ, M.J.
FEBRUARY 5, 2014
```

                    UNITED STATES  DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

SINNERS AND SAINTS, LLC                        CIVIL ACTION

VERSUS                                         NUMBER: 12-0866

NOIRE BLANC FILMS, LLC,                        SECTION: "J"(5)
ET AL.

                          HEARING ON MOTION

APPEARANCES:   Mary Ellen Roy, Dan Zimmerman, Richard Albert, Roy
               Maughan, Jr.

MOTION:

(1)  Defendants' Motion for Sanctions (Rec. doc. 76)
(2)  Defendants' Motion for Protective Order (Rec. doc. 77)

 _____ :   Continued to

 _____ :   No opposition

 1, 2  :   Opposition


                               ORDERED

 _____ :   Dismissed as moot.

 _____ :   Dismissed for failure of counsel to appear.

 _____ :   Granted.

 _____ :   Denied.

 1, 2  :   Other.

            1:   Plaintiff is to supplement its response to
                 request for production No. 4 to provide the
                 Bates numbers of the documents that are
                 responsive to the request and to state that no

MJSTAR(00:30)

        other responsive documents are in its possession. This is to be accomplished within ten (10) days.

2:    Denied in light of the scheduling order presently in place in this case.

                                    ALMA L. CHASEZ
                         UNITED STATES MAGISTRATE JUDGE