UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SINNERS AND SAINTS, LLC** | **CIVIL ACTION NO.** |
| *Plaintiff* | **2:12-CV-00866** |
| **VERSUS** | |
| | **JUDGE CARL J. BARBIER** |
| **NOIRE BLANC FILMS, LLC AND** | |
| **ANCHOR BAY ENTERTAINMENT, LLC** | **MAG. JUDGE ALMA CHASEZ** |
| *Defendant* | |

_____

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)(A)(i)**
_____

**NOW INTO COURT,** through undersigned counsel, come Plaintiff, Sinners and Saints, LLC, who respectfully represents that this action is hereby dismissed without prejudice against, Defendant, Moonstone Entertainment, Inc. pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) for the following reasons:

1.

The Original Complaint in this matter was filed on April 3, 2012.[1]

2.

An Amended Complaint was filed on January 8, 2014, adding Moonstone Entertainment, Inc. as a defendant in this matter.[2]

3.

On March 5, 2014, Defendant, Moonstone Entertainment, Inc. filed a Motion to Dismiss Party Pursuant to FRCP 12(b)(2) alleging this Court lacked personal jurisdiction.[3]

4.

Pursuant to a Scheduling Order issued by this Court, trial on the merits of this matter is

---

[1] Doc 1
[2] Doc 81
[3] Doc 116

currently scheduled for June 2, 2014.[4]

5.

Defendant, Moonstone Entertainment, Inc. has not filed an answer or a motion for summary judgment at this time.

6.

To avoid any further delays in this matter, and to ensure that the trial date does not get postponed, Plaintiff, Sinners and Saints, LLC, desires to voluntarily dismiss Defendant, Moonstone Entertainment, Inc. without prejudice pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

**WHEREFORE,** Pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), Plaintiff, Sinners and Saints, L.L.C. desires to voluntarily dismiss all claims against Defendant, Moonstone Entertainment, Inc. without prejudice.

**RESPECTFULLY SUBMITTED:**
**THE MAUGHAN LAW FIRM**

s/ Roy H. Maughan, Jr.             .
**ROY H. MAUGHAN, JR., #17672**
**NAMISHA D. PATEL, #31911**
**634 CONNELL'S PARK LANE**
**BATON ROUGE, LOUISIANA 70806**
**TELEPHONE: (225) 926-8533**
**FAX: (225) 926-8556**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of March, 2014, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record and/or all parties.

s/ Roy H. Maughan, Jr.
**ROY H. MAUGHAN, JR.**

---

[4] Doc 54