UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SINNERS AND SAINTS, LLC | * | CIVIL ACTION NO. 12-866 |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| NOIRE BLANC FILMS, LLC | * | JUDGE CARL BARBIER |
| AND ANCHOR BAY | * | |
| ENTERTAINMENT, LLC | * | MAGISTRATE JUDGE MICHAEL NORTH |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Sinners and Saints, LLC, and Defendants, Noire Blanc Films, LLC, Anchor Bay Entertainment, LLC, and Hiscox Insurance Company, Inc., have executed a Settlement Agreement that resolves their claims and disputes. The parties stipulate to the dismissal with prejudice of the complaint as supplemented and amended, with each party to bear its own costs, attorney fees, and other expenses.

A proposed Order for Dismissal with Prejudice is tendered with this Stipulation.

RESPECTFULLY SUBMITTED:
THE MAUGHAN LAW FIRM, LLC

_____
ROY H. MAUGHAN, JR., #17672
NAMISHA D. PATEL, #31911
634 CONNELL'S PARK LANE
BATON ROUGE, LOUISIANA 70806
TELEPHONE: (225) 926-8533
FAX: (225) 926-8556

PD.11292841.1

PHELPS DUNBAR LLP

/s/ Mary Ellen Roy
Mary Ellen Roy, T.A. (La. Bar #14388)
Dan Zimmerman (La. Bar #2202)
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
roym@phelps.com
dan.zimmerman@phelps.com

Richard L. Albert (pro hac vice)
Law Offices of Richard L. Albert
4605 Lankershim Boulevard, Suite 203
North Hollywood, CA 91602
Telephone: (818) 752-2776
rick@albertlawoffices.com

**ATTORNEYS FOR DEFENDANTS
NOIRE BLANC FILMS, LLC,
ANCHOR BAY ENTERTAINMENT, LLC AND
HISCOX INSURANCE COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that I have on this 7th day of May, 2014 electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send notice of electronic filing to all counsel of record.

/s/ Mary Ellen Roy