UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SINNERS AND SAINTS, LLC | * | CIVIL ACTION NO. 12-866 |
| | * | |
| VERSUS | * | SECTION "J" |
| | * | |
| NOIRE BLANC FILMS, LLC | * | JUDGE CARL BARBIER |
| AND ANCHOR BAY | * | |
| ENTERTAINMENT, LLC | * | MAGISTRATE JUDGE MICHAEL NORTH |

JUDGMENT OF DISMISSAL

Plaintiff, Sinners and Saints, LLC, and Defendants, Noire Blanc Films, LLC, Anchor Bay Entertainment, LLC, and Hiscox Insurance Company, Inc., have executed a Settlement Agreement that resolves their differences and have filed a stipulation to dismiss this case with prejudice, with the parties to bear their own costs, attorney fees, and other expenses.

Accordingly,

**IT IS ORDERED** that the complaint as supplemented and amended is dismissed with prejudice, each party to bear its own costs, attorney fees and other expenses.

New Orleans, Louisiana this 16th day of May, 2014.

CARL J. BARBIER
UNITED STATES DISTRICT JUDGE